UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLEGRA NETWORK LLC and ALLEGRA
HOLDINGS LLC,

       PLAINTIFFS,

Case No. 11-11131

v.

DEBRA BAGNALL and BAGNALL
ENTERPRISES, INC.,

       Defendants.
                                         /

## ORDER OF DISMISSAL

The parties have notified the court that they have reached a mutually agreeable resolution to the above-captioned matter, the terms of which are clear but are to be memorialized. Further court involvement or case management is unnecessary. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice to the right a party to move by **January 2, 2012**, to vacate this order and reinstate the case. After **January 2, 2012**, this dismissal is with prejudice.

                                                s/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated: November 4, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 4, 2011, by electronic and/or ordinary mail.

                                               s/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\11-11131.ALLEGRA.Settlement.Conditional.Dismissal.jrc.wpd